# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JACK PHILLIPS ) | Case No: 3:98CR00007-016 |
| ) | USM No: 13667-058 |
| Date of Previous Judgment: 9/23/1999 ) | D. Baker McIntyre |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED.    ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  292  months **is reduced to**  235  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  40       Amended Offense Level:  38
Criminal History Category:  I      Criminal History Category:  I
Previous Guideline Range:  292  to  365  months     Amended Guideline Range:  235  to  293  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated  9/23/1999  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: July 27, 2009

Effective Date: _____
(if different from order date)

Graham C. Mullen
United States District Judge